

1

Michelle Bertsch
4030 Deerfield Avenue
Las Vegas, Nevada 89147
702-371-8288
In Proper Person

2

3

4

5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

MICHELLE BERTSCH,

8

Plaintiffs,

9

vs.                                    **2:18-cv-00290-GMN-GWF**

10

DISCOVER FINANCIAL SERVICES, CHASE BANK
SEARS CITIBANK DBA CBNA, US BANCORP,
BANK OF AMERICA, N.A., SYNCHRONY
FINANCIAL, AND ROES I THROUGH X,
INCLUSIVE,

11

12

13

Defendants.

14

15

**COMPLAINT**

16

**(DEMAND FOR JURY TRIAL)**

17

A. <u>JURISDICTION</u>

18

1) MICHELLE BERTSCH, is a citizen of Nevada, who presently resides at 4030

19

Deerfield Avenue, Las Vegas, Nevada 89147.

20

2) Jurisdiction is invoked pursuant to

21

3) Defendant, Discover Financial Services (hereinafter referred to as "Discover") is a

22

banking institution conducting business in the State of Nevada, as a foreign entity;

23

4) Defendant, Chase Bank (hereinafter referred to as "Chase") is a banking institution

24

conducting business in the State of Nevada, as a foreign entity;

25

26

27

28

5) Defendant, Sears Citibank dba CBNA (hereinafter referred to as "CBNA") is a banking institution conducting business in the State of Nevada, as a foreign entity;

6) Defendant, US BANCORP (hereinafter referred to as "US Bank") is a banking institution conducting business in the State of Nevada, as a foreign entity;

7) Defendant, Bank of America, N.A. (hereinafter referred to as "Bank of America") is a banking institution conducting business in the State of Nevada, as a foreign entity;

8) Defendant, Synchrony Financial (hereinafter referred to as "Synchrony") is a banking institution conducting business in the State of Nevada, as a foreign entity;

9) That the parties have diversity and the matter has damages in excess of $75,000, thus jurisdiction is invoked pursuant to federal law.

<u>GENERAL ALLEGATIONS</u>

1) The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants ROE I through X, inclusive, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names. The Plaintiffs are informed, believe and thereupon allege that the Defendants designated herein as ROE I through X, inclusive, are any one of the following:

    i.  Parties responsible in some manner for the events and happenings herein referred to that caused injuries and damages thereby to the Plaintiff as herein alleged;

    ii.  Parties that are the agents, servants, employees and/or contractors of the Defendants, each of them acting within the course and scope of their agency, employment or contract;

      iii.  Parties that have assumed or retained the liabilities of any of the Defendants by an agreement, sale, transfer or otherwise;

      iv.  The Plaintiffs will ask leave of the Court to amend this Complaint to insert the true names and capacities of said Defendants, ROES A-Z, inclusive, when the same have been ascertained by the Plaintiff, together with appropriate charging allegations, and to join said Defendants in the action;

2) Jurisdiction is invoked pursuant to federal law.

3) That Plaintiff wrote a Qualified Written Request Non Negotiable Dispute of Alleged Debt to Defendants, DISCOVER FINANCIAL SERVICES, CHASE BANK, SEARS CITIBANK DBA CBNA, US BANCORP, BANK OF AMERICA, N.A. SYNCHRONY FINANCIAL ON OR ABOUT NOVEMBER 2, 2017;

4) That Plaintiff properly notified Defendants that she was a victim of identity theft, and requested validation of the debts incurred;

5) That Plaintiff rightfully disputed countless credit card transactions with all Defendants, to no avail;

6) That Plaintiff was named as a Defendant in a US Department of Justice lawsuit in case number 16-CR-00466;

7) That Plaintiff was a victim of identity theft that was processed through the US Department of Justice, wherein a criminal case proceeded against several Defendants, including, but not limited to Jason Gallagher, Anthony Swiantek, Donadl Schnock, Brian Phillips, Scott Shocklee, Jennifer Hansen, Timothy Murphy, Andre Devoe,

Michael Silver, John Balleweg, Dean Miller, Cybill Osterman, Michael McNeill, Ashley Powell, Shawn Casey, Philip Hale, Thomas Silha, Bruce Doll, Joshua Flynn;

8) That Defendants were indicted by the Federal Trading Commission for illegally billing for services;

9) That Defendants continued to litigate the debts as valid debts, despite Plaintiff's filing of fraudulent charges.

## FIRST CAUSE OF ACTION

## (VIOLATION OF SECURITIES EXCHANGE ACT OF 1934)

10) Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

11) That Plaintiff was and is a victim of identity theft, and such identity theft was properly reported to the credit providers, Defendants as stated herein;

12) That Plaintiff purchased identity theft protection through the credit provider;

13) That Defendants did not fully comply with the terms of the agreement set forth therein;

14) That Defendant had the intention of defrauding Plaintiff by failing to honor the identity theft program as sold to Plaintiff;

15) That Defendant was fully aware that their representations were false;

16) The Defendants breached that promise without good cause and in bad faith;

17) The breach by the Defendants of their promise, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

18) That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

SECOND CAUSE OF ACTION

(VIOLATION OF 31 CFR 103.35 FINANCIAL RECORDKEEPING AND REPORTING)

5   Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

6   Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

7   As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

8   Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

9   Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

10  Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

11  Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

12  Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

PAGE 5 OF 42

13  Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

14  Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

15  The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

16  That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

THIRD CAUSE OF ACTION

(VIOLATION OF 17 CFR 240.15C1-2 FRAUD AND MISREPRESENTATION)

17  Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

18  Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

19  As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

20  Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

21  Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

22  Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

23  Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

24  Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

25  Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

26  Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

27  The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

28  That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## FOURTH CAUSE OF ACTION

## (VIOLATION OF 18 USC 1956 LAUNDERING OF MONETARY INSTRUMENTS)

29  Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

30  Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

31  As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

32  Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

33  Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

34  Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

35  Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

36  Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

37  Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

38  Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

39  The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

PAGE 8 OF 42

40  That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## FIFTH CAUSE OF ACTION

## (VIOLATION OF 18 USC 1957 ENGAGING IN MONETARY TRANSACTIONS IN PROPERT DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY)

41  Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

42  Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

43  As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

44  Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

45  Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

46  Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

47  Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

48  Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

49  Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

50  Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

51  The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

52  That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

<u>SIXTH CAUSE OF ACTION</u>

<u>(VIOLATION OF 31 USC 5324 STRUCTURING TRANSACTION TO EVADE REPORTING REQUIREMENTS)</u>

53  Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

54  Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

55  As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

56  Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

57  Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

58  Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

59  Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

60  Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

61  Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

62  Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

63  The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

64  That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## SEVENTH CAUSE OF ACTION

## (VIOLATION OF TRUTH AND LENDING ACT SECTION 1640H)

65  Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

66  Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

67  As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

68  Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

69  Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

70  Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

71  Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

72  Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

73  Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

74  Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

75  The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

76  That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

<u>EIGHTH CAUSE OF ACTION</u>

<u>(VIOLATION OF ANTI TRUST LAW)</u>

77  Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

78  Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

79  As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

80  Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

81  Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

82  Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

83  Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

84  Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

85  Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

86  Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

87  The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

88  That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

<u>NINTH CAUSE OF ACTION</u>

<u>(VIOLATION OF THE UNFIROM DECEPTIVE TRADE PRACTICES ACT)</u>

89  Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

90  Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

91  As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

92  Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

93  Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

94  Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

95  Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

96  Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

97  Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

98  Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

99  The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

100 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

**TENTH CAUSE OF ACTION**

(BANK FRAUD)

101 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

102 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

103 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

104 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

105 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

106 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

107 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

108 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

109 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

110Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

111The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

112That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## ELEVENTH CAUSE OF ACTION

## (WIRE FRAUD)

113Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

114Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

115As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

116Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

117Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

118 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

119 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

120 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

121 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

122 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

123 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

124 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

<u>TWELVETH CAUSE OF ACTION</u>

<u>(VIOLATION OF THE CONSUMER CREDIT COST DISCLOSURE ACT)</u>

125 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

126 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

127 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

128 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

129 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

130 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

131 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

132 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

133 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

134 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

135 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

136That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

<u>THIRTEENTH CAUSE OF ACTION</u>

<u>(VIOLATION OF FAIR ADVERTISING)</u>

137Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

138Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

139As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

140Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

141Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

142Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

143Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

144Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

145 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

146 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

147 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

148 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

<u>FOURTEENTH CAUSE OF ACTION</u>

<u>(VIOLATION OF UNFAIR SALES ACT)</u>

149 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

150 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

151 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

152 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

153 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

154 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

155 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

156 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

157 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

158 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

159 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

160 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

FIFTEENTH CAUSE OF ACTION

(VIOLATION OF UNFAIR COMPETITION)

161 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

162Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

163As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

164Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

165Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

166Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

167Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

168Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

169Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

170Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

171The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

172 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

SIXTEENTH CAUSE OF ACTION

(VIOLATION OF 12 USCA SEC 1831N(A)(2)(A) AND CFR 741.6(B)(GAAP))

173 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

174 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

175 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

176 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

177 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

178 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

179 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

180 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

PAGE 24 OF 42

181 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

182 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

183 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

184 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## SEVENTEENTH CAUSE OF ACTION

## (VIOLATION OF 18 USC 513 AND 514 COUNTERFEITING AND FORGERY)

185 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

186 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

187 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

188 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

189 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

190 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

191 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

192 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

193 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

194 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

195 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

196 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## EIGHTEENTH CAUSE OF ACTION

## (VIOLATION OF PRO OFFERING OF INVESTMENT SECURITIES)

197 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

198Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

199As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

200Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

201Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

202Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

203Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

204Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

205Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

206Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

207The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

208 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute

this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and

costs of suit incurred herein.

### NINETEENTH CAUSE OF ACTION

### (VIOLATION OF 12 USC CHAPTER 2 SUBCHAPTER 4 SECTION 83(A))

209 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and

facts as it fully set forth herein;

210 Plaintiff is informed and believes, and alleges that the property was for Defendant's

own purposes of retaining the fraudulent charges.

211 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at

the time of trial, including all damages, in excess of $75,000.

212 Plaintiff is entitled to damages and repossession of the converted monies and will seek

their election of remedies, at the time of trial.

213 Plaintiff is further entitled to compensation for the time and money expended in pursuit

of the removal of the fraudulent charges.

214 Defendants acted with willful oppression, fraud, malice and in conscious disregard of

the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according

to proof at the time of trial.

215 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

216 Plaintiff further seek full compensation for the time and money expended in pursuit of

the property and punitive and exemplary damages and such further relief as this Court

deems

217 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

218 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

219 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

220 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## TWEENTH CAUSE OF ACTION

## (VIOLATION OF LAW BY ACTS OF PRIVATEERING BY BREACH OF CONTRACT OR TAKINGS)

221 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

222 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

223 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

224 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

225 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

226 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

227 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

228 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

229 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

230 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

231 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

232 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

<u>TWENTY FIRST CAUSE OF ACTION</u>

<u>(VIOLATION OF LAW BY ACTS OF COLLUSSION)</u>

233 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

234 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

235 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

236 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

237 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

238 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

239 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

240 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

241 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

242 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

243 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

244 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## TWENTY SECOND CAUSE OF ACTION

## (VIOLATION OF PAPER TERRORISM)

245 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

246 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

247 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

248 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

249 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

250 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

251 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

252 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

253 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

254 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

255 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

256 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

<u>TWENTY THIRD CAUSE OF ACTION</u>

<u>(VIOLATION OF FREEDOM OF INFORMATION OR PRIVACT ACT AT 5 USC 552</u>

<u>AND 552(A) MISREPRESENTATION OF AGREEMENT)</u>

257 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

258 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

259 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

260 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

261 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

262 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

263 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

264 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

265 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

266 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

267 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

268 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

TWENTY FOURTH CAUSE OF ACTION
PAGE 34 OF 42

## (VIOLATION OF FDCPA 15 USC 1692 (e)(g)(a))

269 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

270 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

271 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

272 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

273 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

274 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

275 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

276 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

277 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

278 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

279 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

280 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## TWENTY FIFTH CAUSE OF ACTION

## (VIOLATION OF 15 USC 1692d)

281 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

282 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

283 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

284 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

285 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

286 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

287 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

288 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

289 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

290 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

291 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

292 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

<u>TWENTY SIXTH CAUSE OF ACTION</u>

<u>(VIOLATION OF STATE CONSUMER PROTECTION LAWS)</u>

293 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

294 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

295 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

296 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

297 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

298 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

299 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

300 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

301 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

302 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

303 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

PAGE 38 OF 42

304 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

### TWENTY SEVENTH CAUSE OF ACTION

### (BREACH OF GOOD FAITH AND FAIR DEALINGS)

305 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

306 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

307 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

308 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

309 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

310 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

311 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

312 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

313 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

314 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

315 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

316 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

## TWENTY EIGHTH CAUSE OF ACTION

## (UNFAIR AND UNLAWFUL CONDUCT & UNFAIR TRADE PRACTICE)

317 Plaintiff re-alleges and incorporates by reference all preceding allegations of law and facts as it fully set forth herein;

318 Plaintiff is informed and believes, and alleges that the property was for Defendant's own purposes of retaining the fraudulent charges.

319 As a result of Defendant's act, Plaintiff has been damaged in the sum to be proven at the time of trial, including all damages, in excess of $75,000.

320 Plaintiff is entitled to damages and repossession of the converted monies and will seek their election of remedies, at the time of trial.

321 Plaintiff is further entitled to compensation for the time and money expended in pursuit of the removal of the fraudulent charges.

322 Defendants acted with willful oppression, fraud, malice and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

323 Plaintiff prays for relief in the form of damages according to proof, at the time of trial.

324 Plaintiff further seek full compensation for the time and money expended in pursuit of the property and punitive and exemplary damages and such further relief as this Court deems

325 Plaintiff request this Court grant costs with actual damages, statutory damages, and such further relief as this Court deems just and proper.

326 Plaintiff further seek full compensation for the time and money expended in pursuit of disputing and litigating the charges, punitive and exemplary damages, and such further relief as this Court deems just and proper.

327 The violation by Defendants, which was willful or negligent, was conducted by such malice, insult, and abuse that it constituted an independent tort, thus entitling the Plaintiff to recover punitive damages as well as actual damages;

328 That it may be necessary for Plaintiff to retain the services of an attorney to prosecute this action and, therefore, Plaintiff is entitled to reasonable legal & attorney fees and costs of suit incurred herein.

////

////

////

////

////

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial in the instant action.

Michelle Bertsch
4030 Deerfield Avenue
Las Vegas, Nevada 89147
702-371-8288
In Proper Person



**OFFICE OF THE CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UNITE
DISTRI
333 S L
LAS VE