DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No.9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner @akerman.com
rex.garner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE BERTSCH,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, CHASE BANK, SEARS CITIBANK D/B/A CBNA, US BANCORP, BANK OF AMERICA, N.A.,SYNCHRONY FINANICAL AND ROES I THROUGH X, INCLUSIVE,<br><br>Defendants. | Case No. 2:18-cv-00290-GMN-GWF<br><br>**ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

THIS MATTER coming before the above-signed United States District Court for the District of Nevada upon Defendant Bank of America, N.A.'s Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (herein, the "Motion") and the Court finding good cause that such motion should be granted;

IT IS HEREBY ORDERED that the response date for Defendant Bank of America, N.A. to respond to Plaintiffs' Complaint is hereby extended to and including April 16, 2018.

Date: March 16, 2018

By: _George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572