UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHELLE BERTSCH,<br>Plaintiff,<br>v.<br>DISCOVER FINANCIAL SERVICES; CHASE BANK; SEARS CITIBANK DBA CBNA; US BANCORP; BANK OF AMERICA, N.A.; SYNCHRONY FINANCIAL AND ROES I THROUGH X, INCLUSIVE,<br>Defendants. | Case No. 2:18-CV-00290-GMN-EJY<br>**ORDER** |

Before the Court is JPMorgan Chase Bank, N.A.'s Motion To Extend Time to Respond to Plaintiff's Opposition to Defendants' [sic] Motion to Dismiss Plaintif's [sic] Complaint Amended Complaint [ECF No. 83] (ECF No. 87), and Defendant US Bancorp's Motion to Extend Time to Respond to Plaintiff's Opposition to Defendants [sic] Motion to Dismiss Plaintif's [sic] Complaint Amended Complaint [ECF No. 83] (First Request) (ECF No. 89). Defendants JPMorgan Chase and US Bancorp each seek an extension of time from April 30 to May 6, 2020, to respond to all of Plaintiff's recent filings at one time. ECF Nos. 87 at 1; 89 at 1.

On April 29, 2020, the Court issued a Minute Order allowing Plaintiff to respond to Defendant JPMorgan Chase's Motion no later than 5 p.m. on April 30. Plaintiff is *pro se* and the Court notes that she is unlikely to have received the Minute Order. However, in light of the fact that the requests for extension are very modest, six days, and these are the first requests for extensions made by each of the moving parties, Plaintiff is not prejudiced by this brief extension. Therefore, the motions are granted.

Accordingly, IT IS HEREBY ORDERED that ECF No. 87, JPMorgan Chase Bank, N.A.'s Motion To Extend Time to Respond to Plaintiff's Opposition to Defendants' [sic] Motion to Dismiss Plaintif's [sic] Complaint Amended Complaint [ECF No. 83] is GRANTED.

1   IT IS FURTHER ORDERED that ECF No. 89, Defendant US Bancorp's Motion to Extend Time
2   to Respond to Plaintiff's Opposition to Defendants [sic] Motion to Dismiss Plaintif's [sic] Complaint
3   Amended Complaint [ECF No. 83] (First Request), is GRANTED.

DATED: May 1, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE