UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHELLE BERTSCH,<br><br>  Plaintiff,<br><br>  v.<br><br>DISCOVER FINANCIAL SERVICES; CHASE BANK; SEARS CITIBANK DBA CBNA; US BANCORP; BANK OF AMERICA, N.A.; SYNCHRONY FINANCIAL AND ROES I THROUGH X, INCLUSIVE,<br><br>  Defendants. | Case No. 2:18-CV-00290-GMN-EJY<br><br>**ORDER** |

Before the Court is Bank of America, N.A.'s Motion to Extend Time to Respond to Plaintiff's Filing, ECF No. 83. Bank of America seeks an extension of time from April 30 to May 6, 2020, to respond to all of Plaintiff's recent filings. ECF No. 95 at 1.

In light of the fact that the request for extension is very modest, six days, and this is the first request for extension made by Bank of America, Plaintiff is not prejudiced by this brief extension. Therefore, the motion is granted.

Accordingly, IT IS HEREBY ORDERED that Bank of America, N.A.'s Motion to Extend Time to Respond to Plaintiff's Filing (ECF No. 95) is GRANTED.

DATED: May 1, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1